UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                    Plaintiffs,

                    v.

CAMERON'S COFFEE AND
DISTRIBUTION COMPANY,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-3475

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the
Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and
without fees and costs against Defendant, CAMERON'S COFFEE AND DISTRIBUTION
COMPANY.

Dated:   New York, New York
          Sept. 19, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge