UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

    v.

CAMERON'S COFFEE AND DISTRIBUTION COMPANY,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-3475

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, CAMERON'S COFFEE AND DISTRIBUTION COMPANY.

Dated:  New York, New York
           Sept. 19, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge

September 24, 2025